# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Donald Jesse Cogdill, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00287-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Cherokee County Detention Center | ) | |
| Mark Patterson, FNU Brooks, Medical | ) | |
| Staff @ CCDN, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2016 Order.

September 7, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court